**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 98-6825**

―――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT EUGENE FEDD,

Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Charles E. Simons, Jr., Senior District Judge. (CR-96-492, CA-97-3818-5-6)

―――――――――――

Submitted: July 30, 1998        Decided: August 27, 1998

―――――――――――

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Robert Eugene Fedd, Appellant Pro Se. Jane Barrett Taylor, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Eugene Fedd seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Fedd, Nos. CR-96-492; CA-97-3818-5-6 (D.S.C. May 22, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2